**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 15-100** |
| **v.** | * | **SECTION: "L"** |
| **WALTER P. REED**<br>**STEVEN P. REED** | * | |
| | * | |

* * *

**MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

**NOW INTO COURT** comes the United States of America, by and through the undersigned Assistant United States Attorney, who respectfully submits this motion for a preliminary order of forfeiture against the defendants, Walter Reed and Steven Reed, jointly and severally in the amount of $78,539.11, and against the defendant, Walter Reed, in the amount of $609,489.57, pursuant to the Notice of Fraud Forfeiture and Notice of Money Laundering Forfeiture contained in the Superseding Indictment (Rec. Doc. 64, pp.28-31) for the reasons set forth in the attached supporting memorandum. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, "the court must determine the amount of money that the defendant will be ordered to pay" and, at sentencing, enter either a specific order of forfeiture fixing the amount of the judgment or a general order of forfeiture that "will be amended under Rule 32.2(e)(1) when . . . the amount of the money judgment has been calculated."

**WHEREFORE,** and for the reasons set forth in the supporting memorandum, the government respectfully requests that a preliminary order of forfeiture be entered against the defendants, Walter Reed and Steven Reed, jointly and severally in the amount of $78,539.11, and against the defendant, Walter Reed, in the amount of $609,489.57.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

*/s/ Jeffrey Sandman*
JEFFREY SANDMAN
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3055
Jeff.Sandman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*/s/ Jeffrey Sandman*
JEFFREY SANDMAN
Assistant United States Attorney