**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 15-100** |
| **v.** | * | **SECTION: "L"** |
| **WALTER P. REED**<br>**STEVEN P. REED** | * | |
| | * | |

* * *

**PRELIMINARY ORDER OF FORFEITURE**

Based upon the foregoing motion and supporting memorandum, the pleadings of the parties, and the trial record;

**WHEREAS** the United States has filed a motion for preliminary order of forfeiture seeking a personal money judgment against the defendants, WALTER REED and STEVEN REED, jointly and severally in the amount of $78,539.11 in U.S. Currency, and against the defendant, WALTER REED, in the amount of $609,489.57 in U.S. Currency;

**WHEREAS** the Court finds that the amount subject to forfeiture by the defendants, WALTER REED and STEVEN REED, as a result of their conviction of Count 1 in the captioned matter, is $78,539.11;

**WHEREAS** the Court finds that the amount subject to forfeiture by the defendant, WALTER REED, as a result of his conviction of Counts 2-8 and 15-19 in the captioned matter, is $609,489.57;

**WHEREAS** Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the defendants, WALTER REED and STEVEN REED**,** shall forfeit to the United States the sum of $78,539.11 in U.S. Currency pursuant to 18 U.S.C. § 981(a)(1)(C), made applicable through 28 U.S.C. § 2461(c), and that they shall be held liable jointly and severally. Further, the defendant, WALTER REED, shall forfeit to the United States the sum of $609,489.57 in U.S. Currency pursuant to 18 U.S.C. § 981(a)(1)(C), made applicable through 28 U.S.C. §2461(c).

**IT IS FURTHER ORDERED** that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to the defendants, WALTER REED and STEVEN REED, at the time of sentencing and shall be made part of their sentences, and is hereby included in the Judgment *nunc pro tunc*, as if copied therein *in extenso*.

**IT IS FURTHER ORDERED** that the United States may at any time move, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, to amend this Order of Forfeiture to substitute property having a value not to exceed $78,539.11 in U.S. Currency to satisfy the money judgment in whole or in part as to defendants WALTER REED and STEVEN REED.

**IT IS FURTHER ORDERED** that the United States may at any time move, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, to amend this Order of Forfeiture to substitute property having a value not to exceed $609,489.57 in U.S. Currency to satisfy the money judgment in whole or in part as to defendant WALTER REED.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

The Clerk of Court is hereby directed to send three certified copies of the Order to the United States Attorney's Office.

New Orleans, Louisiana, this _____ day of December, 2016.

_________________________________________
UNITED STATES DISTRICT JUDGE