
10/01/2009 1404 $2,000.00

WALTER REED CAMPAIGN FUND
COVINGTON, LA

1405

DATE Oct 5, 2009

PAY TO THE ORDER OF [illegible] Inc. $ 2,500.00

Twenty-five hundred + no/100 DOLLARS

RESOURCE BANK

MEMO [illegible]

[illegible] 1405 [illegible]

10/05/2009 1405 $2,500.00

DEFENDANT'S EXHIBIT

1

tabbies



tabbies
DEFENDANT'S EXHIBIT
2

S Reed photos006

WALTER P REED 02/05
PH. 985-273-9889
423 GRAVIER ST. APT 2A
NEW ORLEANS, LA 70130-2446

84-524/654

1974

DATE 3-25-15

EZShield

PAY TO THE ORDER OF Walter Reed Camp. Fund $ 5,000.00

Five Thousand and no/100 DOLLARS

← Heat Reactive Ink

RESOURCE BANK
www.BankOnResource.com
Member FDIC

ck 21654
4-20-12

MEMO White Oak Proof.

⑆065405242⑆ 1974 ⑈1052430⑈

LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK. DETAILS ON BACK.

WALTER P REED 02/05
PH. 985-273-9889
423 GRAVIER ST. APT 2A
NEW ORLEANS, LA 70130-2446

84-524/654

1973

DATE 3-25-15

EZShield

PAY TO THE ORDER OF Walter Reed Cam. Fund $ 5,000.00

Five Thousand & no/100 DOLLARS

← Heat Reactive Ink

RESOURCE BANK
www.BankOnResource.com
Member FDIC

MEMO Lakehouse Sept 2012

⑆065405242⑆ 1973 ⑈1052430⑈

LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK. DETAILS ON BACK.

DEFENDANT'S EXHIBIT 3

WALTER P REED 02/05
PH. 985-273-9889
423 GRAVIER ST. APT 2A
NEW ORLEANS, LA 70130-2446

84-524/654

1972

DATE 3-25-15

EZShield

PAY TO THE ORDER OF Walter Reed Company $ 2,635.00

Twenty-six hundred thirty-five DOLLARS

← Heat Reactive Ink

RESOURCE BANK
www.BankOnResource.com
Member FDIC

ck. 1500 (June 14, 2010)

MEMO reimbursement

⑆065405242⑆ 1972 ⑈1052430⑈

LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK. DETAILS ON BACK.

BD43
DEPOSIT TICKET
FOR CLEAR COPY, PRESS FIRMLY WITH BALL POINT P
PRODUCT 100044

RESOURCE BANK
Your Bank For Our Community
Member FDIC
www.BankOnResource.com

DATE 3-30-15

| | DOLLARS |
|---|---|
| CURRENCY | |
| COIN | |
| LIST EACH CHECK W Reed | 2635 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| $ | 2635 00 |

84-524-654

TOTAL ITEMS 1

PLEASE BE SURE ALL ITE ARE PROPERLY ENDORS

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

PLEASE ENTER TOTALS

2635.00

**WALTER REED CAMPAIGN FUND**
71206 HENDRY AVENUE
COVINGTON, LA 70433

⑆5501⑈0524⑆ ⑈3026457⑈ 20

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

---

WALTER P REED 02/05
PH. 985-273-9889
423 GRAVIER ST. APT 2A
NEW ORLEANS, LA 70130-2446

84-524/654

1972

DATE 3-25-15

PAY TO THE ORDER OF Walter Reed Campaign $2,635.00

Twenty-six hundred thirty-five DOLLARS

Heat Reactive Ink

RESOURCE BANK
www.BankOnResource.com
Member FDIC

ck. 1500 (June 14, 2010)

MEMO Reimbursement

Walter Reed

⑆065405242⑆ 1972 ⑈1052430⑈

LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK. DETAILS ON BACK.

© DELUXE deluxe.com/checks SPECIALTY BLUE HIGH SECURITY

---

RESOURCE BANK
www.BankOnResource.com

Account credited on date shown.
Thank you for banking with us.

THIS IS YOUR RECEIPT

3/30/2015**********26457
RECEIPT TELR# 404 2,635.00
26 TRANSFER DDA TO DDA 2,635.00
TR# 47 12:51:48 3/30/2015 AM ON

Deposit Checks 3 Ways: Branch-ATM-App

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. TRANSACTION NUMBER AND AMOUNT OF DEPOSIT ARE SHOWN ABOVE.

Member FDIC

DEFENDANT'S EXHIBIT 4

tabbies®

Office of the Attorney General

State of Louisiana
Opinion No. 93-300

***1** 22—DISTRICTS & PROSECUTING ATTORNEYS

84—PARISHES

LSA–R.S. 16:2

LSA–R.S. 42:261(A)

LSA–R.S. 42:261(I)

LSA–R.S. 46:1051(A)

District attorney must represent parish hospital service district, and other such parish created districts, in all legal matters, except where hospital service district chooses to employ another attorney; district attorney who is unable to provide such representation with regular staff and funds may employ other counsel, whose fees and expenses are paid by parish.

Mr. Robert R. "Rick" Bryant
District Attorney
Fourteenth Judicial District
Post Office Box 3206
Lake Charles, Louisiana 70602

Dear Mr. Bryant:
You have requested an opinion, in the form of a number of questions, from this office with regard to the District Attorney's obligation to provide legal representation to a hospital service district. I believe that this should answer your questions.

I understand that the Calcasieu Parish Police Jury has created such a hospital service district, and that your questions pertain to your representation of that hospital service district.

LSA–R.S. 46:1051 provides, in pertinent part, as follows:

DEFENDANT'S EXHIBIT
tabbies
5

WestlawNext © 2015 Thomson Reuters. No claim to original U.S. Government Works. 

A. The police juries of parishes are authorized and empowered, upon their own initiative, to form and create one or more hospital service districts within the respective parishes ...

Further, LSA–R.S. 16:2 provides, in pertinent part, as follows:
A. The district attorneys of the several judicial districts of Louisiana, other than the parish of Orleans, shall ex officio be the regular attorneys and counsel for the police juries, parish school boards, and city school boards within their respective districts and of every state board or commission domiciled therein, including levee boards, hospital and asylum boards, education boards, and all state boards or commissions ... (emphasis added)

LSA–R.S. 42:261 provides, in pertinent part, as follows:
A. Except as provided by Subsection C of this section or as otherwise provided by law, ... the district attorneys of the several judicial districts other than the parish of Orleans, shall ex officio and without extra compensation, general or special, be the regular attorneys and counsel for the parish governing authorities, parish school boards ... within their respective districts and of every state board or commission domiciled therein....

I. Notwithstanding any other provision of this Section or any law to the contrary, and as a further exception to the general prohibition contained in this Section, any hospital service district created by or pursuant to state law may employ or retain its own attorney, the compensation of said attorney to be fixed and paid by the board of said district, in which event the district attorney of the judicial district in which the hospital service district is domiciled shall be relieved of the duty of representing said hospital service district. (emphasis added)

***2** Because the district attorney is the regular counsel for the police jury, his duty and authority for legal representation extends also to creatures of the police jury, such as sewer districts and water districts. Atty.Gen.Op. No. 90–593

The hospital service district created by the Calcasieu Parish Police Jury is a creature of the parish police jury. Considering the above referenced statutory provisions and opinion, it is the opinion of this office that the district attorney is obligated to provide legal representation, without extra compensation, to all hospital service districts created by the parish police jury, and to all other similar districts within his jurisdiction.

WestlawNext © 2015 Thomson Reuters. No claim to original U.S. Government Works.

Further, the representation owed to the hospital service district would include all forms of legal representation and causes of action. If the district attorney is unable to meet this legal obligation by his regular staff, he may appoint special counsel to defend these claims, the fees for which counsel and extra expenses shall be paid by the parish governing authority. Atty.Gen.Op. No. 90–273

However, LSA–R.S. 42:261 I. allows the hospital service district to employ or retain its own attorney, whose compensation may be fixed and paid by the board of said district. Should the hospital service district choose to retain another attorney, your office would be relieved of the duty of representing said hospital service district. The provisions of LSA–R.S. 42:263 and 264, pertaining to retaining or employing attorneys other than the district attorney, would, however, apply to other non-hospital districts created by the police jury.

Trusting this to be sufficient for your purposes, I am
Yours very truly,

RICHARD P. IEYOUB
Attorney General
BY: Norman W. Ershler
Assistant Attorney General

**Note**

**TO RETRIEVE THE FULL TEXT OF THE ATTACHED OPINION(S) SET FORTH AT THIS POINT, ENTER THE FOLLOWING FIELD SEARCH:**

**PR(Opinion No. 90–593)**

**PR(Opinion No. 90–273)**

End of Document © 2015 Thomson Reuters. No claim to original U.S. Government Works.

| Meeting Date | Attended by Reed | Attended by Hymel |
|---|---|---|
| 1/25/10 | X | |
| 2/22/10 | X | |
| 3/22/10 | X | |
| 4/26/10 | X | |
| 5/24/10 | X | |
| 6/28/10 | | X |
| 7/22/10 | X | |
| 8/23/10 | | X |
| 9/27/10 | X | |
| 10/25/10 | | X |
| 11/29/10 | | X |
| 12/20/10 | X | |
| **Total meetings 2010: 12** | **8** | **4** |
| 1/24/11 | X | |
| 2/24/11 | X | |
| 3/28/11 | X | |
| 4/21/11 | | |
| 5/23/11 | X | |
| 6/27/11 | | |
| 7/21/11 | | X |
| 8/22/11 | X | |
| 9/26/11 | X | |
| 10/24/11 | X | |
| 11/28/11 | X | |
| 12/19/11 | X | |
| **Total meetings 2011: 11** | **8** | **1** |

DEFENDANT'S EXHIBIT
tabbies
6

| Meeting Date | Attended by Reed | Attended by Hymel |
|---|---|---|
| 2/27/12 | | X |
| 4/26/12 | X | |
| 5/21/12 | X | |
| 6/25/12 | X | |
| 7/30/12 | X | |
| 8/27/12 | X | |
| 9/24/12 | X | |
| 10/22/12 | X | |
| 11/26/12 | X | |
| 12/17/12 | | X |
| **Total meetings: 10** | **8** | **2** |
| 1/28/13 | X | |
| 2/25/13 | X | |
| 3/25/13 | X | |
| 4/22/13 | X | |
| 5/20/13 | X | |
| 6/24/13 | X | |
| 7/29/13 | | x |
| 8/26/13 | X | |
| 9/23/13 | X | |
| 10/28/13 | X | |
| 11/21/13 | X | |
| 12/19/13 | | |
| **Total meetings: 12** | **10** | **1** |

| Meeting Date | Attended by Reed | Attended by Hymel |
|---|---|---|
| 1/27/14 | X | |
| 2/24/14 | | X |
| 3/24/14 | X | |
| 4/24/14 | | |
| **Total meetings: 4** | **2** | **1** |

| Date | Walter Reed | Lane Carson | Leo Hemelt | Other ADA |
|---|---|---|---|---|
| 1/26/04 | X | | | |
| 2/26/04 | X | | | |
| 3/22/04 | | X | | |
| 4/26/04 | X | | | |
| 5/24/04 | X | | | |
| 6/28/04 | X | | | |
| 7/22/04 | X | | | |
| 8/23/04 | X | | | |
| 9/27/04 | X | | | |
| 10/28/04 | X | | | |
| 11/22/04 | X | | | |
| 12/23/04 | X | | | |
| **Total Meetings 2004: 12** | **11** | **1** | | |
| 1/24/05 | X | | | |
| 2/28/05 | X | | | |
| 3/28/05 | X | | | |
| 4/26/05 | X | | | |
| 5/23/05 | X | | | |
| 6/27/05 | X | | | |
| 7/21/05 | X | | | |
| 8/22/05 | X | | | |
| 10/24/05 | | X | | |
| 11/28/05 | X | | | |
| 12/22/05 | | | | |
| **Total Meetings 2005: 11** | **9** | **1** | | |

DEFENDANT'S EXHIBIT 7

tabbies

| Date | Walter Reed | Lane Carson | Leo Hemelt | Other ADA |
|---|---|---|---|---|
| 1/23/06 | | X | | |
| 2/23/06 | | X | | |
| 3/27/06 | | X | | |
| 4/24/06 | X | | | |
| 5/22/06 | X | | | |
| 6/26/06 | X | | | |
| 7/27/06 | | | | |
| 8/28/06 | X | | | |
| 9/25/06 | X | | | |
| 10/23/06 | X | | | |
| 11/27/06 | X | | | |
| 12/21/06 | X | | | |
| **Total Meetings 2006: 12** | **8** | **3** | | |
| 1/31/07 | X | | | |
| 2/26/07 | X | | | |
| 3/26/07 | X | | | |
| 4/23/07 | X | | | |
| 4/30/07 (special) | | X | | |
| 5/21/07 | X | | | |
| 6/25/07 | X | | | |
| 7/19/07 | X | | | |
| 8/27/07 | X | | | |
| 9/24/07 | X | | | |
| 10/29/07 | X | | | |
| 11/26/07 | X | | | |
| 12/20/07 | X | | | |
| **Total** | | | | |

| Date | Walter Reed | Lane Carson | Leo Hemelt | Other ADA |
|---|---|---|---|---|
| **Meetings 2007: 13** | **12** | **1** | | |
| 1/28/08 | X | | | |
| 2/25/08 | X | | | |
| 3/24/08 | | | X | |
| 4/28/08 | X | | | |
| 6/2/08 | X | | | |
| 6/23/08 | | | X | |
| 7/28/08 | X | | | |
| 8/25/08 | X | | | |
| 9/22/08 | X | | | |
| 10/27/08 | X | | | |
| 11/20/08 | | | x | |
| 12/18/08 | X | | | |
| **Total Meetings 2008: 12** | **9** | | **3** | |
| 1/26/09 | | | x | |
| 2/19/09 | | | X | |
| 3/23/09 | X | | | |
| 4/27/09 | X | | | |
| 5/27/09 | X | | | |
| 6/22/09 | X | | | |
| 7/27/09 | | | X | |
| 8/24/09 | X | | | |
| 9/28/09 | X | | | |
| 10/26/09 | | | X | |
| 11/30/09 | X | | | |
| 12/21/09 | X | | | |
| **Total** | **8** | | **4** | |

| Date | Walter Reed | Lane Carson | Leo Hemelt | Other ADA |
|---|---|---|---|---|
| **meetings 2009: 12** | | | | |
| 1/25/10 | X | | | |
| 2/22/10 | X | | | |
| 3/22/10 | X | | | |
| 4/26/10 | X | | | |
| 5/24/10 | X | | | |
| 6/28/10 | | | X | |
| 7/22/10 | X | | | |
| 8/23/10 | | | X | |
| 9/27/10 | X | | | |
| 10/25/10 | | | X | |
| 11/29/10 | | | X | |
| 12/20/10 | X | | | |
| **Total meetings 2010: 12** | **8** | | **4** | |
| 1/24/11 | X | | | |
| 2/24/11 | X | | | |
| 3/28/11 | X | | | |
| 4/21/11 | | | | |
| 5/23/11 | X | | | |
| 6/27/11 | | | | Bernard Smith, ADA |
| 7/21/11 | | | X | |
| 8/22/11 | X | | | |
| 9/26/11 | X | | | |
| 10/24/11 | X | | | |
| 11/28/11 | X | | | |
| 12/19/11 | X | | | |

| Date | Walter Reed | Lane Carson | Leo Hemelt | Other ADA |
|---|---|---|---|---|
| **Total meetings 2011: 11** | **8** | | **1** | **1** |
| 2/27/12 | | | X | |
| 4/26/12 | X | | | |
| 5/21/12 | X | | | |
| 6/25/12 | X | | | |
| 7/30/12 | X | | | |
| 8/27/12 | X | | | |
| 9/24/12 | X | | | |
| 10/22/12 | X | | | |
| 11/26/12 | X | | | |
| 12/17/12 | | | X | |
| **Total meetings: 10** | **8** | | **2** | |
| 1/28/13 | X | | | |
| 2/25/13 | X | | | |
| 3/25/13 | X | | | |
| 4/22/13 | X | | | |
| 5/20/13 | X | | | |
| 6/24/13 | X | | | |
| 7/29/13 | | | x | |
| 8/26/13 | X | | | |
| 9/23/13 | X | | | |
| 10/28/13 | X | | | |
| 11/21/13 | X | | | |
| 12/19/13 | | | | |
| **Total** | | | | |

| Date | Walter Reed | Lane Carson | Leo Hemelt | Other ADA |
|---|---|---|---|---|
| **meetings: 12** | **10** | | **1** | |
| 1/27/14 | X | | | |
| 2/24/14 | | | X | |
| 3/24/14 | X | | | |
| 4/24/14 | | | | |
| **Total Meetings before Resignation: 4** | **2** | | **1** | |
| **Ten Year Total: 111** | **93** | **6** | **16** | **1** |

**FLOWERS N FANCIES BY CAROLL**
**1-800-256-0548**
1805 NORTH CAUSEWAY
MANDEVILLE LA 70471
(985) 626-5601

$ ____________
AMOUNT REMITTED

# INVOICE

SOLD TO:
**WALTER REED**
**701 NORTH COLUMBIA ST**
**COVINGTON,LA 70433**

**DELIVERED TO:**
WALTER REED
948 VILLAGE WALK
COVINGTON, LA 70433-4000

H:(985)809-8304 W:(985)809-8304
**ACCT. NO:** 0011667
**PAYMENT:** House
**CLERK:** Administrator
**COPY NO:** 3
**PRINTED:** 8/26/2014 1:32PM

**ORDER NO:** 062724/1
**ORDER DATE:** 4/19/2012 8:32PM
**ORDERED BY:**

**DELIVERY DATE:** **Sat, 04/14/2012**
**DELIVERY TIME:**

**CREDIT CARD INFORMATION**

**CARD/OCCASION**
Other

| PRODUCT | QUANTITY | PRICE/UT | DISCOUNT | EXTENDED |
|---|---|---|---|---|
| Delivery Charge | 1 | 10.00 | | 10.00 |
| ARR - Arrangements | 1 | 95.00 | | 95.00 |
| ARR - Arrangements | 1 | 75.00 | | 75.00 |
| ARR - Arrangements | 1 | 70.00 | | 70.00 |
| | | SUB-TOTAL | | 250.00 |
| | | Sales Tax | | 22.20 |
| | | **TOTAL** | | **272.20** |

**ORDER NO:**
**062724/1 of 1**
**DELIVERY ZONE:**
Zone 1

**WALTER REED**
**948 VILLAGE WALK**
**COVINGTON, LA 70433-4000**

**DELIVERY DATE:** **Sat, 04/14/2012**

**Sat, 04/14/2012**
RECEIVED BY ____________________

**FLOWERS N FANCIES BY CAROLL 1-800-256-0548** **COPY NO: 3**
Arrangements/Arrangements/Arrangements/

PARTY

WALTER REED
948 VILLAGE WALK
COVINGTON, LA 70433-4000

DEFENDANT'S EXHIBIT
8

056383