**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 15-100** | |
| **versus** | * | **SECTION L** | **MAG. 2** |
| **WALTER P. REED**<br>**STEVEN P. REED** | *<br>*<br>* | **VIOLATIONS:** | **18 U.S.C.§2**<br>**18 U.S.C.§371**<br>**18 U.S.C.§1341**<br>**18 U.S.C.§1343**<br>**18 U.S.C.§1956**<br>**26 U.S.C.§7206(1)** |

* * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE WALTER REED'S MOTION TO LIMIT FORFEITURE AS TO THE ST. TAMMANY LEGAL FEES TO EVIDENCE ELICITED AT TRIAL AND FOR A STAY OF ANY FORFEITURE ORDER UNTIL CONVICTION IS FINAL**

**NOW INTO COURT**, through undersigned counsel comes Defendant, Walter Reed, who moves this Honorable Court for a Motion for Leave to file: (1) Motion to Limit Forfeiture as to the St. Tammany Legal Fees to Documentary Evidence Elicited at Trial; and (2) Motion for a Stay of Forfeiture Order Until Conviction is Final as follows:

I.

Defendant has previously moved for bond pending appeal which was recently granted by the Court.

II.

While arguably the granting of bond pending appeal would likewise stay the forfeiture, the instant motion seeks clarification of that point.

III.

Based on post-trial evidence submitted by General Counsel for the St. Tammany Hospital, Bill Jones, it appears that the only documentary evidence (i.e. existing checks from St.

Tammany Hospital payable to Walter Reed) are for the time period of 2004 to 2014, and there are no checks to Walter Reed during the time period of 1994 to 2004.

IV.

The evidence at trial did not include any checks before 2004, and thus the government's motion for forfeiture is based on the government's chart in post-trial pleadings. (See Exhibit A)

V.

The government will not suffer any prejudice from the hearing of the instant motion during the sentencing on March 30 because the evidentiary basis for this motion is already in the record.

**WHEREFORE,** defendant, Walter Reed, moves the Court for leave to file the attached Motion for Leave.

Respectfully submitted,

**HAILEY, MCNAMARA, HALL,**
**LARMANN & PAPALE, LLP**

/s/Richard T. Simmons, Jr.
**RICHARD T. SIMMONS, JR., #13116**
One Galleria Boulevard, Ste. 1400
P.O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
Counsel for *Walter P. Reed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management and that a copy of the same was either served on all counsel of record by electronic notification or by U.S. Mail, postage pre-paid.

Metairie, Louisiana this **21st** day of **March**, 2017.

/s/ Richard T. Simmons, Jr.