**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 15-100** | |
| **versus** | * | **SECTION L** | **MAG. 2** |
| **WALTER P. REED**<br>**STEVEN P. REED** | * | **VIOLATIONS:** | **18 U.S.C.§2**<br>**18 U.S.C.§371**<br>**18 U.S.C.§1341**<br>**18 U.S.C.§1343**<br>**18 U.S.C.§1956**<br>**26 U.S.C.§7206(1)** |
| | * | | |
| | * | | |
| | * | | |

* * * * * * * * * * * * *

**ORDER**

In consideration of the foregoing motion;

**IT IS ORDERED** that *Defendant, Walter P. Reed's Motion to Limit Forfeiture as to the St. Tammany Legal Fees to Evidence Elicited at Trial and for a Stay of any Forfeiture Order Until Conviction is Final* may be filed in the record.

New Orleans, Louisiana this _____ day of ___________________, 2017.

___________________________________
**UNITED STATES DISTRICT JUDGE**