**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 15-100** | |
| **versus** | * | **SECTION L** | **MAG. 2** |
| **WALTER P. REED** | * | **VIOLATIONS:** | **18 U.S.C.§2** |
| **STEVEN P. REED** | | | **18 U.S.C.§371** |
| | * | | **18 U.S.C.§1341** |
| | | | **18 U.S.C.§1343** |
| | * | | **18 U.S.C.§1956** |
| | | | **26 U.S.C.§7206(1)** |

* * * * * * * * * * * * *

**WALTER REED'S MOTION TO LIMIT FORFEITURE AS TO THE ST. TAMMANY LEGAL FEES TO EVIDENCE ELICITED AT TRIAL AND FOR A STAY OF ANY FORFEITURE ORDER UNTIL CONVICTION IS FINAL**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Walter Reed, who moves this Honorable Court for (1) a limitation on the St. Tammany Legal Fees forfeiture finding through the ten years of checks placed into evidence at the trial (i.e. $305,000.00); and (2) to stay any Forfeiture Order pending final conviction, consistent with the granting of bond pending appeal.

## I. Limitations on the Forfeiture

During the actual trial, the only evidence of checks to Walter Reed from the St. Tammany Hospital consisted of the checks from 2004 to 2014. At the conclusion of the trial, the parties agreed that the Court will decide the forfeiture issues based on the existing evidence in the record of trial.

There is no basis in the record for extending the forfeiture of amounts paid to Walter Reed earlier than 2004. Utilizing the checks received during 2004 to 2014, the limitation, would be $305,000.00.

## II. Stay of Any Forfeiture Order

Defendant, Walter Reed and Steven Reed have filed Motions for Bond Pending Appeal, and the Court in a recent Order has granted both the defendants bond pending appeal. The defendant, Walter Reed, moves for the stay of any forfeiture order until such time as there is an appellate review to finalize the conviction.

**WHEREFORE,** defendant, Walter Reed, moves that the Court limit the forfeiture order with regard to the St. Tammany Hospital to $305,000.00 (based on checks from 2004 to 2014), and also moves the Court for a specific ruling that the Order of Forfeiture is stayed until such time as the conviction becomes final after appellate review, consistent with the granting of bond pending appeal.

Respectfully submitted,

**HAILEY, MCNAMARA, HALL,**
**LARMANN & PAPALE, LLP**

/s/Richard T. Simmons, Jr.
**RICHARD T. SIMMONS, JR., #13116**
One Galleria Boulevard, Ste. 1400
P.O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
Counsel for *Walter P. Reed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management and that a copy of the same was either served on all counsel of record by electronic notification or by U.S. Mail, postage pre-paid.

Metairie, Louisiana this **21st** day of **March**, 2017.

/s/ Richard T. Simmons, Jr.