**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 15-100** | |
| **versus** | * | **SECTION L** | **MAG. 2** |
| **WALTER P. REED** | * | **VIOLATIONS:** | **18 U.S.C.§2** |
| **STEVEN P. REED** | | | **18 U.S.C.§371** |
| | * | | **18 U.S.C.§1341** |
| | | | **18 U.S.C.§1343** |
| | * | | **18 U.S.C.§1956** |
| | | | **26 U.S.C.§7206(1)** |

* * * * * * * * * * * * *

**NOTICE OF HEARING**

Please take notice that the *Defendant, Walter P. Reed's (1) Motion to Limit Forfeiture as to the St. Tammany Legal Fees to Documentary Evidence Elicited at Trial and (2) Motion for a Stay of any Forfeiture Order Until Conviction is Final* shall be heard on the **30th** day of **March,** 2017 at **9:00 a.m.** before the Honorable Eldon E. Fallon, United States District Judge, or as soon thereafter as counsel may be heard, and at which time and place you may appear to participate as allowed under the Federal Rules of Criminal Procedure and the Local Rules of the Court.

________________________________________
**HONORABLE ELDON E. FALLON**