**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** * | **CRIMINAL DOCKET NO. 15-100** | |
| **versus** * | **SECTION L** | **MAG. 2** |
| **WALTER P. REED** * | **VIOLATIONS:** | **18 U.S.C.§2** |
| **STEVEN P. REED** | | **18 U.S.C.§371** |
| * | | **18 U.S.C.§1341** |
| | | **18 U.S.C.§1343** |
| * | | **18 U.S.C.§1956** |
| | | **26 U.S.C.§7206(1)** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Considering the foregoing Motion for Extension and the representation of a definitive surgery date and the lack of opposition from the United States Attorney;

**IT IS ORDERED** that Walter Reed's reporting date be extended to May 17, 2019.

New Orleans, Louisiana this  12th  day of  April , 2019.

_____
**HONORABLE ELDON E. FALLON**