UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-100 |
| WALTER REED | SECTION "L" |

## ORDER

**IT IS ORDERED** that the parties will participate in a telephone status conference on May 14, 2019 at 12:00 p.m. The Court will initiate the call.

New Orleans, Louisiana, this 14th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE

1