MINUTE ENTRY
FALLON, J.
APRIL 16, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATE OF AMERICA | CRIMINAL |
| VERSUS | NO. 15-100 |
| WALTER P. REED | SECTION "L" |

### O R D E R

A telephone status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. Jordan Ginsberg and Brian Klebba participated on behalf of the United States. Rick Simmons participated on behalf of Defendant Walter Reed. The parties discussed the pending Motion to Expedite Motion for Compassionate Release, R. Doc. 536. Accordingly;

**IT IS ORDERED** that the Motion to Expedite, R. Doc. 536, is hereby **GRANTED**. The submission date on Defendant's Motion for Compassionate Release, R. Doc. 535, is hereby **SET** for May 5, 2020. As discussed on the call, Defendant shall provide the United States and the Court with the Bureau of Prisons release denial as soon as it is received. The United States shall file its response to Defendant's Motion by Wednesday, April 29, 2020, and Defendant shall file any reply before Tuesday, May 5, 2020. If Defendant determines that a hearing will need to be scheduled on the Motion, then he shall file an appropriate motion with the Court.

JS 10 (00:21)