UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 15-100** |
| | * | |
| **WALTER REED** | * | **SECTION "L"** |

## ORDER

The Court has received the following communication from Richard Simmons, Jr., counsel for Defendant. Accordingly,

**IT IS ORDERED** the letter be filed into the record.

**IT IS FURTHER ORDERED** that the attachments to this letter be filed into the record under seal.

New Orleans, Louisiana, this 21st day of August 2020.

_____
UNITED STATES DISTRICT JUDGE